UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DENIA TALIAFERRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO: 7:12-cv-00586 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, | ) |
| | ) |
| and | ) |
| | ) |
| IMAGE GUIDED PAIN MANAGEMENT, P.C., d/b/a INSIGHT IMAGING ROANOKE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

                            Respectfully submitted,
                            Defendant New England Compounding Pharmacy, Inc.
                            By its Attorneys,

                            /s/
                            Rebecca S. Herbig
                            Bowman and Brooke LLP
                            1111 East Main Street, Suite 2100
                            Richmond, VA  23219
                            Telephone:  804.649.8200
                            Facsimile:  804.649.1762
                            E-mail:  rebecca.herbig@bowmanandbrooke.com

Date:   December 26, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

>Russell W. Updike, Esquire
>Nolan R. Nicely, Jr., Esquire
>Jennifer K.M. Crawford, Esquire
>Wilson, Updike & Nicely
>228 North Maple Avenue
>P.O. Drawer 590
>Covington, Virginia 24426
>Telephone:   (540) 962-4986
>Facsimile:   (540) 962-8423
>*Counsel for Plaintiff*

>　/s/
>Rebecca S. Herbig (VSB No. 65548)
>BOWMAN AND BROOKE LLP
>1111 East Main Street, Suite 2100
>Richmond, VA  23219
>Telephone:   804.649.8200
>Facsimile:   804.649.1762
>rebecca.herbig@bowmanandbrooke.com
>*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*